1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | WILLIAM ELLIOTT, | CASE NO. 1:11-cv–00294-BAM PC |
| 10 | Plaintiff, | ORDER VACATING ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| 11 | v. | AND JUDGMENT |
| 12 | NEYBARTH, et al., | (ECF Nos. 12, 13) |
| 13 | Defendants. | ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT AND STRIKING |
| 14 | | UNSIGNED COMPLAINT |
| 15 | | (ECF Nos. 14, 15) |
| 16 | | ORDER DIRECTING CLERK'S OFFICE TO REOPEN CASE |
| 17 | | |
| 18 | _____ / | TWENTY DAY DEADLINE |

19   Plaintiff William Elliott is a state prisoner proceeding pro se and in forma pauperis in this
20 civil rights action pursuant to 42 U.S.C. § 1983.  On March 7, 2012, or order issued dismissing
21 Plaintiff's complaint for failure to state a claim, and granting Plaintiff leave to file an amended
22 complaint within thirty days.  (ECF No. 9.)  On April 2, 2012, the Court granted a thirty day
23 extension of time to file the amended complaint. (ECF No. 11.)  Plaintiff failed to file an amended
24 complaint within thirty days or request an extension of time, and on May 21, 2012, an order issued
25 dismissing this action for failure to state a claim and judgment was entered. (ECF Nos. 12, 13.)  On
26 May 24, 2012, Plaintiff filed a motion for leave to file an amended complaint and an amended
27 complaint was lodged. (ECF No. 14, 15.)
28   Plaintiff states that his amended complaint was ready to be signed and mailed to the court

on May 5, 2012, however he was sent to an outside hospital. Plaintiff was hospitalized until May 15, 2012, and therefore, was unable to timely file his amended complaint. The Court finds that Plaintiff has shown good cause for his failure to comply with the prior orders of this Court. Accordingly, the order dismissing this action for failure to state a claim and judgment shall be vacated.

However, the amended complaint submitted by Plaintiff is not signed. Unsigned documents cannot be considered by the Court, and Plaintiff's amended complaint shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order dismissing this action for failure to state a claim and judgment, filed May 21, 2012, is VACATED;
2. The Clerk's Office shall reopen this case;
3. Plaintiff's unsigned amended complaint, lodged May 24, 2012, is STRICKEN FROM THE RECORD;
4. Within twenty days from the date of service of this order Plaintiff shall file an amended complaint; and
5. If Plaintiff fails to file an amended complaint in compliance with this order, this action shall be dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:   **May 29, 2012**             /s/ **Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE