1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   WILLIAM ELLIOT,                          )   Case No.: 1:11-cv-00294-BAM PC
                                              )
12              Plaintiff,                     )   ORDER TO SHOW CAUSE WHY THIS ACTION
                                              )   SHOULD NOT BE DISMISSED FOR FAILURE
13       v.                                    )   TO PROVIDE SUFFICIENT INFORMATION TO
                                              )   EFFECTUATE SERVICE ON DEFENDANTS(ECF
14   NUEBARTH, et al.,                         )   No. 23)
                                              )
15              Defendants.                    )
                                              )   THIRTY-DAY DEADLINE
16   _____ )

17       **I.       Introduction**

18          Plaintiff William Elliot ("Plaintiff") is a state prisoner proceeding se and in forma pauperis in

19   this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on February

20   18, 2011.  (ECF No. 1.)  This action now proceeds on Plaintiff's first amended complaint against

21   Defendants Neubarth and Wou for deliberate indifference to conditions of confinement in violation of

22   the Eighth Amendment.  (ECF Nos. 18, 19.)

23       **II.      Service by the United States Marshal**

24          On July 26, 2012, following screening of the first amended complaint, the court issued an order

25   directing the United States Marshal to initiate service of process in this action upon Defendants

26   Neubarth and Wou.  (ECF No. 21.)  On May 16, 2013, the Marshal filed a return of service

27   unexecuted as to Defendants.  Defendants were identified by Plaintiff on the USM-285 forms as "Dr.

28   Nuebarth, M.D." and "Dr. Woo, M.D."  (ECF No. 23.)

                                            1

1    Federal Rule of Civil Procedure 4(m) provides as follows:

2    If a defendant is not served within 120 days after the complaint is filed, the court—on
     motion or on its own after notice to the plaintiff—must dismiss the action without
3    prejudice against that defendant or order that service be made within a specified time.
     But if the plaintiff shows good cause for the failure, the court must extend the time for
4    service for an appropriate period.

5 Fed.R.Civ.P. 4(m).

6    In cases involving a plaintiff proceeding in forma pauperis, the Marshal, upon order of the

7 court, shall serve the summons and the complaint. Fed. R. Civ. P. 4(c)(3). "[A]n incarcerated pro se

8 plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the

9 summons and complaint, and ... should not be penalized by having his action dismissed for failure to

10 effect service where the U.S. Marshal or the court clerk has failed to perform the duties required of

11 each of them . . . ." Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990). "So long as the prisoner

12 has furnished the information necessary to identify the defendant, the marshal's failure to effect

13 service is 'automatically good cause . . . .'" Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994),

14 abrogated on other grounds by Sandin v. Connor, 515 U.S. 472, 115 S.Ct. 2293, 132 L.Ed.2d 418

15 (1995). However, where a pro se plaintiff fails to provide the Marshal with accurate and sufficient

16 information to effect service of the summons and complaint, the Court's sua sponte dismissal of the

17 unserved defendant is appropriate. Walker, 14 F.3d at 1421-22.

18    In this case, Plaintiff has not provided sufficient information to identify Defendants Neubarth

19 and Wou and to locate these defendants for service of process. (ECF No. 119.) If Plaintiff is unable

20 to provide the Marshal with additional information, this action shall be dismissed without prejudice.

21 Pursuant to Rule 4(m), the court will provide Plaintiff with the opportunity to show cause why the

22 action should not be dismissed for failure to effectuate service.

23    **III.    CONCLUSION**

24    Based on the foregoing, it is HEREBY ORDERED that:

25    1.    Within thirty (30) days from the date of service of this order, Plaintiff shall show cause

26 why this action should not be dismissed for failure to effectuate service on defendants;

27

28
                                    2

1        2.    <u>The failure to respond to this order or the failure to show cause will result in the</u>

2    <u>dismissal of this action.</u>

3

4    IT IS SO ORDERED.

5        Dated:    **May 20, 2013**          /s/ *Barbara A. McAuliffe*

6                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28